# Robert Burns

**To:** p.knoth@stolt.com
**Subject:** RE: TDC / STOLT -Stolt Facto - TDC - Sodium Hydrosulfide Grade

**From:** p.knoth@stolt.com [mailto:p.knoth@stolt.com]
**Sent:** Friday, May 06, 2011 3:07 PM
**To:** Amy Martin; Robert Burns
**Cc:** e.tsai@stolt.com; J.Weiss@stolt.com; p.knoth@stolt.com; j.fleming@stolt.com; Bruce McElheny; Enrique Alliende - Placeholder-; j.ashielfie@stolt.com
**Subject:** RE: TDC / STOLT -Stolt Facto - TDC - Sodium Hydrosulfide Grade

Amy,

On arrival in Callao, your surveyors will sample and analyze the cargo and determine if it is off spec or not. The decision should be made then to receive or reject the cargo. We will not have our final results in by this time for the cargo but there is a good chance your cargo will be acceptable for discharge. To remind you there is still the obligation to receive the cargo in Callao regardless.

We are looking into re-rotating the ports and go to Oquiendo first before Callao. That would put our ETA for Callao May 9th.

Estimate around 1590 mt in the one tank.

Rgds,

**Peter Knoth**

**Ship Broker**
STJS-AOS
Stolt Tankers

800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854
United States

**Phone** +1 203 299 3685
**Fax** +1 203 299-3906
**Mobile** +1 203 536 1591

http://www.stolt-nielsen.com

**PLEASE NOTE:** The information contained in this message is confidential, and in some instances legally privileged, and is intended only for the use of the individual(s) named above. If you are not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please immediately notify the sender. Thank you.