# Robert Burns

| | |
|---|---|
| **From:** | p.knoth@stolt.com |
| **Sent:** | Monday, May 09, 2011 10:09 AM |
| **To:** | Amy Martin; Robert Burns; Bruce McElheny; Enrique Alliende |
| **Cc:** | e.tsai@stolt.com; J.Weiss@stolt.com; j.fleming@stolt.com; p.knoth@stolt.com; j.ashielfie@stolt.com; t.confrey@stolt.com; s.nolin@stolt.com; g.sproet@stolt.com |
| **Subject:** | STOLT / TDC -Stolt Facto v007 - Sodium Hydrosulfide Grade |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Morning,

The vessel shifted to Callao at 2200 hrs last night. It would appear that your product has had a color change. We have advised receivers of the appearance and requested them to confirm contamination.

We understand that the products end use can not tolerate the mixture of polyol with your sodium hydrosulfide.

In the case that we are going to keep the cargo on board, we will most likely have to bring the cargo back to Westway so not to be in violation of the Jones Act. We will ship your cargo back at a rate of 43.39 per mt.

When we receive notice from your surveyors/receivers please advise us of how you are planning on proceeding.

In the case that there is a claim to be made, please first send out a notification of your potential claim to Sharon Nolin s.nolin@stolt.com summarizing your claim. She is our head Claims Examiner and will guide you through the process. Initially please keep all in copy.

Rgds,

**Peter Knoth**

**Ship Broker**
STJS-AOS
Stolt Tankers

800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854
United States

Phone +1 203 299 3685
Fax +1 203 299-3906
Mobile +1 203 536 1591

http://www.stolt-nielsen.com

**PLEASE NOTE:** The information contained in this message is confidential, and in some instances legally privileged, and is intended only for the use of the individual(s) named above. If you are not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please immediately notify the sender. Thank you.