**Robert Burns**

**Subject:** RE: STOLT / TDC -Stolt Facto v007 - Sodium Hydrosulfide Grade

---

**From:** p.knoth@stolt.com [mailto:p.knoth@stolt.com]
**Sent:** Tuesday, May 10, 2011 2:48 PM
**To:** Bruce McElheny; Amy Martin; Robert Burns; Enrique Alliende -Placeholder-; p.knoth@stolt.com
**Cc:** s.nolin@stolt.com; d.carr@stolt.com; t.confrey@stolt.com; b.nissen@stolt.com; j.fleming@stolt.com; j.ashielfie@stolt.com; J.Weiss@stolt.com
**Subject:** STOLT / TDC -Stolt Facto v007 - Sodium Hydrosulfide Grade

Bruce,

The vessel is scheduled to sail tonight. Please instruct us in writing what you want us to do with your cargo? As of now we can only bring this cargo back to where it loaded from (Westway) to keep with the Jones Act regulations.

We need your agreement in writing that you want us to ship this back to Houston to Westway.

Await yours soonest.

Please call to discuss further.

Rgds,

---

**Peter Knoth**

**Ship Broker**
STJS-AOS
Stolt Tankers

800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854
United States

Phone +1 203 299 3685
Fax +1 203 299-3906
Mobile +1 203 536 1591

http://www.stolt-nielsen.com

**PLEASE NOTE:** The information contained in this message is confidential, and in some instances legally privileged, and is intended only for the use of the individual(s) named above. If you are not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please immediately notify the sender. Thank you.