**Robert Burns**

**Subject:** RE: TDC / STOLT -Stolt Facto - TDC - Sodium Hydrosulfide Grade

---

**From:** Bruce McElheny
**Sent:** Friday, May 06, 2011 4:48 PM
**To:** 'p.knoth@stolt.com'; Amy Martin; Robert Burns
**Cc:** 'e.tsai@stolt.com'; 'J.Weiss@stolt.com'; 'j.fleming@stolt.com'; Enrique Alliende -Placeholder-; 'j.ashielfie@stolt.com'; Pamela Stewart
**Subject:** RE: TDC / STOLT -Stolt Facto - TDC - Sodium Hydrosulfide Grade

Peter:

Per our discussion

1. We (TDC) do not have the ability to determine the contamination through analysis in South America.
2. The product is currently being pulled and tested in coordination with your Chief chemist in Houston aboard ship.
3. We believe we currently have the ability to segregate the material in Callao from our other product.
4. At this time Stolt thinks there is some contamination, however they will not have all the information till Monday May 9th for discussion to determine the disposition for the product.

Best regards,

Bruce


*Bruce McElheny*

*Director of Technical Services and Quality*

*TDC, LLC a Genesis Energy Company*

*Office:    225-293-8266 EXT. 14*

*Fax:       225-293-2937*

*Cell Phone: 225-281-7740*

www.tdc-home.com