UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TDC, L.L.C.

VERSUS

STOLT-NIELSEN TRANSPORTATION
GROUP B.V., ET AL.

CIVIL ACTION

NO. 13-670-JJB-SCR

### RULING ON MOTION FOR RECONSIDERATION

This matter is before the Court on the plaintiff's Motion (doc. 20) for Reconsideration.

Rule 54(b) of the Federal Rules of Civil Procedure provides that:

> [A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Fed. Rule Civ. P. 54(b). A Court retains jurisdiction over all claims in a suit and may alter its earlier decisions until a final judgment has been issued. *Livingston Downs Racing Ass'n v. Jefferson Downs Corp.*, 259 F. Supp. 2d 471, 475 (M.D. La. 2002). "District courts have considerable discretion in deciding whether to reconsider an interlocutory order." *Keys v. Dean Morris, LLP*, 2013 WL 2387768, at *1 (M.D. La. May 30, 2013). "Although courts are concerned with principles of finality and judicial economy, 'the ultimate responsibility of the federal courts, at all levels, is to reach the correct judgment under law.'" *Id.* (quoting *Georgia Pacific, LLC v. Heavy Machines, Inc.*, 2010 WL 2026670, at *2 (M.D. La. May 20, 2010)). Nevertheless, "rulings should only be reconsidered where the moving party has presented substantial reasons for reconsideration." *Louisiana v. Sprint Communications Co.*, 899 F. Supp. 282, 284 (M.D. La. 1995).

After review, the Court does not find substantial grounds for reconsideration pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Accordingly, the Court **DENIES** the Motion (doc. 20) for Reconsideration.

Signed in Baton Rouge, Louisiana, on April 3, 2014.

     JUDGE JAMES J. BRADY
     UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF LOUISIANA